JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NELLIE L., | ) Case No. CV 18-5582-AB (PJW) |
| Plaintiff, | ) |
| v. | ) J U D G M E N T |
| ANDREW SAUL, COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | ) |
| Defendant. | ) |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this case be remanded to the Commissioner of Social Security for further proceedings consistent with the Report and Recommendation.

DATED: April 9, 2020.

ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE

C:\Users\ericavalencia\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\0MSETIRA\Judgment.wpd